B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Northern** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wilshire, David Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**3624** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**6634 N. Newgard**<br>**chicago, Illinois 60626**<br>ZIP CODE **60626** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

(Filed stamp:) F I L E D / UNITED STATES BANKRUPTCY COURT / NORTHERN DISTRICT OF ILLINOIS / APR 17 2009 / KENNETH S. GARDNER, CLERK / P.S. REP ___ R

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>----------- | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer      ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B 1 (Official Form 1) (1/08)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  Illinois Northern District Eastern Division | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:  Dirksen Bldg 219 S. Dearborn Ch., IL 60606 | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District:  Northern | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
773-633-9845
Telephone Number (if not represented by attorney)
4/16/2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney***

X   PRO SE
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re David Joseph Wilshire
_____
Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: __4/16/2009__

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court

Northern District Of  Illinois

In re ____ David Joseph Wilshire ____.

Debtor

Case No. _____

Chapter  #7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Some claims are being investigated as the result of Identity theft. ID theft investigation is being conducted by the Attorney General and is ongoing.  Other claims are subject to setoff.

Date:  April 16th, 2009

David Joseph Wilshire

Debtor

*[Declaration as in Form 2]*

LETTER

IRS

| | | | | |
|---|---|---|---|---|
| | 2006 | Requires amending | 30,000.00 | $ 30,000.00 |
| | 2007 | NOT FILED YET | 0 | |
| | 2008 | Not yet filed | | |

CHASE ACCOUNTS

| | | | |
|---|---|---|---|
| 4640182026344089 | AMAZON | $ | 2,903.29 |
| 4266902016444521 | DISNEY | $ | 6,061.89 |
| 4388576026643356 | United Milege Plus | $ | 61,426.95 |
| 4357875420428209 | | $ | 4,089.95 |
| 4060324096398832 | CHASE DEBIT CARD | $ | 74,482.08 |

FINANCIAL RECOVERY SERVICES          4800010140103          $   1,766.73
PO BOX 385908
MINNEAPOLIS, MN 55438-5908


DISCOVER CARD
          6011298869397624

AMERICAN EXPRESS
          3717 327423 13009

BANK OF AMERICA
          4319040009932181

          BANK OF AMERICA DEBIT CARD
          4217661376903886

BANK OF AMERICA CHECKING
03565-46887

BANK OF AMERICA CREDIT CARD
4319-0400-0993-2181

US BANK
4336-9400-0263-3455
1-866-485-4545


**COLLECTION ACTIVITY**


ALLSTATE INDEMNITY CO.          06-0154034864                    $   432.10
PO BOX 40047 ROANOKE VA 24022-0047     0924276787-00000-004
323-663-8541


ALLSTATE INDEMNITY CO.          924-276-788                     $   460.00


ADT SECURITY                         13268392          $   231.82
PO BOX 371490
PITTSBURGH PA 1520-7490


AT&T                                                $   340.54
PO BOX 8100
AURORA, IL 60507-8100

CITY OF CHICAGO               5023796090                 $   420.00
City of Chicago
Dept. of Revenue
PO Box 88292
Chicago, Illinois 60680-1292

| | | | |
|---|---|---|---|
| LAW OFFICES OF MITCHELL N. KAY, P.C.<br>7 PENN PLAZA<br>NEW YORK, NY 10001-3995 | AMERICAN EXPRESS | | $19,765.30 |
| NATIONWIDE CREDIT, INC.<br>PO BOX 740640<br>ATLANTA GA 30374-0640<br>1-877-658-8518 | 4246315143406443<br>08219170795 | | $ 12,499.06 |
| NORTHSHORE UNIVERSITY HEALTH SYSTEM<br>9532 EAGLE WAY<br>CHICAGO, IL 60678<br>877-813-3571 | EP650009899 | | $ 635.00<br>$ 31,263.85 |
| NORTHSHORE UNIVERSITY HEALTH SYSTEM | 94-7642621 | | $ 428.00 |
| NORTHSHORE UNIVERSITY HEALTH SYSTEM | | | |
| DIRECT TV | 50814814 | | $ 74.22 |
| NYC DEPARTMENT OF FINANCE<br>PARKING VILATIONS OPERATIONS<br>PECK SLIP STATION<br>PO BOX 2057<br>NY NY 10272-2057 | | | $ 214.94 |
| CAPITAL MANAGEMENT SERVICES<br>726 EXCHANGE STREET SUITE 700<br>BUFFALO, NY 12410 | 4246315143406443 | | $ 12,499.06 |
| CITI BANK<br>FMA ALLIANCE, LTD.<br>11811 N. FREEWAY, SUITE#900<br>HOUSTON, TEXAS 77060 | 323619449<br>FILE #:  24182134 | ID THEFT | $ 7,870.25<br>DISPOSED |
| TOYOTA FINANCIAL SERVICES<br>PO BOX 60114<br>CITY OF INDUSTRY CA 91716-0114 | 002 6346313<br>**SURRENDERED TO BANK** | | $ 25,032.27 |
| COM ED<br>COMMONWEALTH EDISON<br>2100 SWIFT DR.<br>OAK BROOK, IL 60523-9644 | 6017729007<br>BUILDING ACCT | | $ 835.07 |
| GLENVIEW STATE BANK<br>LEXUS | **SURRENDERED TO BANK** | | |
| PEOPLE'S GAS<br>CHICAGO, IL 60687-0001<br>1-866-295-0086<br>6634 N. NEWGARD BLDG ACCT | 3-5000-1215-9357<br>**DISCONNECTED** | | $ 4,915.03 |
| PEOPLE'S GAS<br>CHICAGO, IL 60687-0001 | 3 5000 3408 4418<br>6634 N. Newgard #1<br>**DISCONNECTED** | | $ 216.20 |
| PEOPLE'S GAS<br>CHICAGO, IL 60687-0001 | 6 5000 4675 4210<br>6634 N. NEWGARD #2<br>CH, IL 60626-4712<br>**DISCONNECTED** | | $ 196.21 |

| | | | |
|---|---|---|---|
| PEOPLE'S GAS<br>CHICAGO, IL 60687-0001 | 6 5000 4366 0620<br>6634 N. NEWGARD #3<br>CH, IL 60626-4712<br>**DISCONNECTED** | $ | 193.80 |
| PEOPLES GAS<br>CHICAGO, IL 60687-0001 | 3 5000 3408 4418<br>**DISCONNECTED** | $ | 211.24 |
| EQUINOX<br>ADT SECURITY<br>2720 S. RIVER RD., SUITE #4<br>DES PLAINES, IL 60018<br>800-868-3982 | 00827-00038576 | $ | 706.62 |
| ADT<br>6634 N. NEWGARD<br>ADT SECURITY SERVICES<br>PO BOX 371490<br>PITTSBURGH, PA 15250-7490 | 01100 132628392 | $ | 177.80 |
| **LA DEPARTMENT OF WATER AND POWER** | 1-18-54203-04075-00-0000-0-01<br>DISCONNECTION NOTICE | $ | 1,058.43 |
| CITY OF BOSTON<br>PO BOX 55801<br>BOSTON, MA 02205-5801 | 573310835 | $ | 33.00 |
| NEW YORK CITY PARKING<br>PO BOX 2028 PECK SLIP STATION NY, NY 10272 | BWNCXPZ-MIXED AADC 201<br>HO41732091 | $ | 150.00 |
| SUPPLEMENTAL PROPERTY TAX BILL<br>213-974-2111<br>SEE PROPERTY TAX ADJUSTERS, INC.<br><br>SEE OFFICE OF THE ASSESSOR | 5591-011-025-07-010<br>4075 LOS NIETOS DR.<br>FULL YEAR: $176.19+.5<br>PRO- RATED 88.10 | $ | 44.05 |
| GMAC MORTGAGE<br>PO BOX 79135<br>PHOENIX AZ 85062-9135 | 0177036100<br><br>INCREASE | $<br>2/1/08  1.3M MORTGAGE | 82,080.65 |
| DR. BRADLEY J. GORDON | RPX876014773 | $ | 567.50 |
| ANTHONY SYLVAN POOLS | (SUED-MECHANIC LIEN ON LOS NIETOS<br>NOT A LEGITIMATE ACTION) | | |
| ATT&T WEST<br>BAY AREA CREDIT SERVICE LLC<br>PO BOX 467600<br>ATLANTA, GA 31146<br>877-405-3352 | 773-381-2074 391 6 | $ | 347.12 |
| AT&T<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | 323-662-7972 529 2 | $ | 377.29 |
| AT&T<br>PO BOX 6428<br>CAROL STREAM, IL 60197-6428 | 283353526 | $ | 620.73 |
| AT&T<br>PO BOX 8100<br>AURORA, IL 60507-8100 | 773-381-2074 | $ | 308.37 |
| AT&T INTERNET SERVICES | | $ | 35.00 |

| | | | |
|---|---|---|---|
| THE CBE GROUP INC.<br>PO BOX 78626<br>PHOENIX, AZ 85062-8626 | 050814814<br>CS#05-012881628 | $ | 162.90 |
| MIRAMED REVENUE GROUP, LLC.<br>DEPT 77304<br>PO BOX 77000<br>DETROIT, MI 48577-0304 | W11680527 | $ | 29.95 |
| VILLAGE OF WILMETTE<br>PO BOX 457<br>WHEELING, IL 60090 | 08-220921 | $ | 555.00 |
| CREDT COLLECTION SERVICES<br>AMERICAN FAMILY INSURANCE<br>MADISON, WI 53777-0001<br>1-800-326-6400 | 05 0317 97790<br>00633599504 | $ | 86.60 |
| CHICAGO DEPARTMENT OF WATER<br>THE DEPARTMENT OF WATER MANAGEMENT<br>PO BOX 6330<br>CHICAGO, IL 60680-6330 | 445328-445328<br>COLLECTION | $ | 89.86 |
| LAW OFFICES OF MITCHELL N. KAY, P.C.<br>7 PENN PLAZA, NEW YORK, NY 10001-3995<br>1-800-784-5351<br>1-312-553-5002 | 71307114-11 | $ | 19,765.30 |
| COOK COUNTY PROPERTY TAXES<br>COOK COUNTY TREASURER<br>PO BOX 4488<br>CAROL STREAM IL 60197-4488 | 11-32-310-024-0000<br>2007 SECOND INSTALLMENT | $ | 4,325.19 |
| CAPITAL MANAGEMENT GROUP<br>CHASE BANK<br>726 EXCHANGE STREET  SUITE 700 BUFFAL, NY, 14210<br>1-888-653-2373 | 4246315143406443 | $ | 12,499.06 |
| COM ED<br>BILL PAYMENT CENTER<br>CH., IL 60668-0001<br>NEWGARD ? | 60177 3302 90000 0000<br>ACCT#: 6017733029 | $ | 161.05 |
| COM ED<br>BILL PAYMENT CENTER<br>CH., IL 60668-0001<br>NEWGARD ? | ACCT#: 6017730073 | $ | 970.64 |
| COM ED<br>BILL PAYMENT CENTER<br>CH., IL 60668-0001<br>NEWGARD ? | ACCT#: 6017729007 | $ | 835.07 |
| COM ED<br>BILL PAYMENT CENTER<br>CH., IL 60668-0001 | ACCT#: 6017732068<br>NEWGARD #2 | $ | 476.94 |
| STATE COLLECTION SVC<br>PO BOX 6250<br>MADISON, WI 53701<br>608-661-3020 | | ID THEFT? | 672 |

**Personal Liabilities Loans**

| | | |
|---|---|---|
| John Regalado | | $    10,000.00 |
| Irma Morales | | $    15,000.00 |
| | | **$451,600.97** |

*— Actual total significantly lower.*

**ASSETS**

| | | | |
|---|---|---|---|
| ~~BMW MOTORCYCLE~~ | ~~POSSIBLY SOLD~~ | ~~ESTIMATE~~ | ~~$4,000.00~~ |
| ~~VARIOUS FURNITURE FIXTURES LA~~ | | | ~~10,000.00~~ |
| ~~VARIOUS FURNITURE AND FIXTURES~~ | | | ~~5,000.00~~ |
| ~~6654 N. NEWGARD~~ | | | ~~?~~ |

Total unsecured requires additional review As part of an Identity Theft investigation. ~~And~~ Additional Confirmation of debt will be required before a firm amount can be represented.

The Identity theft issue is being investigation by the Attorney General